GREGORY & WALDO, LLC.
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
324 S. 3rd Street, Suite 1
Las Vegas, Nevada 89101
Telephone: (702) 830-7925
Facsimile: (702) 294-0231
jmw@gregoryandwaldo.com
Attorney for Defendant
MELANIE LOWE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:16-cr-00305-KJD-VCF |
| Plaintiff, ) | |
| v. ) | |
| ) | **MELANIE LOWE'S** |
| ) | **MOTION TO CONDUCT A** |
| MELANIE LOWE ) | **PRE-PLEA PRESENTENCE** |
| ) | **INVESTIGATION REPORT AND** |
| Defendants. ) | **PROPOSED ORDER** |
| ) | |

COMES NOW, Defendant MELANIE LOWE, by and through her counsel, JENNIFER M. WALDO, Esq., of GREGORY & WALDO, LLC., and hereby moves this Honorable Court for an Order to conduct a pre-plea presentence investigation report in the instant matter.

The calculation of Ms. Lowe's criminal history may drastically impact her sentencing exposure, which will impact any plea negotiations and/or how Ms. Lowe intends to proceed in this matter. A pre-plea presentence report will promote judicial economy because it will ultimately aid in the manner in which this case is resolved.

/ / / /

/ / / /

/ / / /

1

Accordingly, Ms. Lowe respectfully requests an Order requiring Parole and Probation to prepare a pre-plea presentence investigation report. It is counsel's understanding that the Government is not opposing this request.

DATED this 26th day of June, 2017.

Submitted by:

*/s/ Jennifer M. Waldo*

---
Nevada Bar No.: 11900
324 S. 3rd Street, Suite 1
Las Vegas, Nevada 89101
Attorney for Melanie Lowe

| | |
|---|---|
| 1 | GREGORY & WALDO, LLC. |
| 2 | JENNIFER M. WALDO, ESQ. |
|   | Nevada Bar No. 11900 |
| 3 | 324 S. 3rd Street, Suite 1 |
|   | Las Vegas, Nevada 89101 |
| 4 | Telephone: (702) 830-7925 |
|   | Facsimile: (702) 294-0231 |
| 5 | jmw@gregoryandwaldo.com |
|   | Attorney for Defendant |
| 6 | MELANIE LOWE |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No.: 2:16-cr-00305-KJD-VCF |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| MELANIE LOWE | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY ORDERED that Defendant Melanie Lowe's Motion for a Pre-Plea Presentence Investigation Report is GRANTED.

IT IS FURTHER ORDERED that the United States Office of Parole and Probation shall prepare and submit to the Court a Pre-Plea Presentence Investigation Report containing the requested guideline calculation of Ms. Lowe's criminal history only.

DATED this 12th day of July, 2017.

_____
United States District Court Judge

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 26th day of June, 2017, the undersigned served the foregoing Melanie Lowe's Unopposed Motion for a Pre-Plea Presentence Investigation Report on all counsel herein by causing a true copy thereof to be filed with the Clerk of Court using CM/ECF system which was electronically served upon all attorneys of record in this matter.

*/s/ Nicole Petrillo*
_____
An Employee of Gregory & Waldo, LLC.